JORDAN ETH (CA SBN 121617)
JEth@mofo.com
PHILIP T. BESIROF (CA SBN 185053)
PBesirof@mofo.com
CHRISTIN J. HILL (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

*Counsel for Defendants Lawrence J. Ellison, Safra A. Catz, Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R. Chizen, George H. Conrades, Rona A. Fairhead, Renée J. James, Charles (Wick) Moorman IV, Leon E. Panetta, William G. Parrett, Naomi O. Seligman, and Vishal Sikka*

KAREN G. JOHNSON-MCKEWAN (CA SBN 121570)
Kjohnson-mckewan@orrick.com
WARRINGTON S. PARKER III (CA SBN 148003)
wparker@orrick.com
KENNETH P. HERZINGER (CA SBN 209866)
kherzinger@orrick.com
ALEXANDER K. TALARIDES (CA SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, California 94105
Telephone:   415.773.5700
Facsimile:   415.773.5759

*Counsel for Nominal Defendants Oracle Corporation and Oracle America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISON SHERMAN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>   Defendants, | Case No. 3:20-cv-05255-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENECE AND EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>The Honorable Jacqueline Scott Corley |

1  WHEREAS, on July 2, 2020, Plaintiff R. Andre Klein filed a putative shareholder derivative action (the "*Klein* Action"), seeking to assert derivative claims on behalf of Nominal Defendants Oracle Corporation and Oracle America, Inc. (together "Oracle" or the "Company"), against certain current directors and officers of Oracle (the "Individual Defendants" and, together with Oracle, "Defendants"), for breaches of fiduciary duties, aiding and abetting breach of fiduciary duty, abuse of control, unjust enrichment, and violation of Section 14(a) of the Securities Exchange Act of 1934;

WHEREAS, on July 10, 2020, Plaintiff Kathleen Dinsmore filed a putative shareholder derivative action (the "*Dinsmore* Action"), seeking to assert derivative claims on behalf of Oracle against the Individual Defendants that are substantially similar to the claims in the *Klein* Action;

WHEREAS, on July 22, 2020, the Court ordered the consolidation of the *Dinsmore* Action under the *Klein* Action, pursuant to the parties' stipulation;

WHEREAS, on July 30, 2020, Plaintiff Alison Sherman filed a putative shareholder derivative action (the "*Sherman* Action"), seeking to assert derivative claims on behalf of Oracle against the Individual Defendants (Dkt. No. 1);

WHEREAS, on September 14, 2020, the Court issued an order relating the *Klein* and *Sherman* Actions pursuant to an administrative motion filed by Plaintiffs Klein and Dinsmore (Dkt No. 24);

WHEREAS, on October 2, 2020, the parties filed a stipulation requesting a 30 day extension of the motion to dismiss deadline and the case management conference while the parties conferred regarding scheduling and potential avenues for efficiency among the *Sherman* and *Klein* Actions (Dkt. No. 30);

WHEREAS, on October 5, 2020, the Court issued an Order extending Defendants' time to respond to the Complaint to November 5, 2020, and continuing the Case Management Conference to December 3, 2020 (Dkt. No. 31);

WHEREAS, on October 16, 2020, Defendants filed a Motion to Consolidate the *Klein* and *Sherman* Actions, which is noticed for hearing on December 3, 2020 (Dkt. No. 33);

WHEREAS, the parties agree that it is in the interest of judicial economy to schedule

briefing on the motion to dismiss and the case management conference after Defendants' Motion to Consolidate is resolved;

THEREFORE, to avoid unnecessary duplication of effort by the parties and the Court, Plaintiffs and Defendants, through their respective counsel, hereby enter into this Stipulation and [Proposed] Order Continuing the Case Management Conference and Extending Defendants' Time to Respond to the Complaint, and hereby stipulate and agree as follows:

1. In the event that Defendants' Motion to Consolidate is granted, Defendants' shall confer with the Lead Plaintiff for the Consolidated Action regarding the timing of Defendants' response to the Consolidated Complaint.

2. In the event that Defendants' Motion to Consolidate is denied, Defendants' deadline to respond to the complaint in *Sherman* Action shall be thirty (30) days after the Court's Order denying the Motion to Consolidate.

3. The Case Management Conference shall be continued to thirty (30) days after an Order on the Motion to Dismiss.

**IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| 1 | Dated: | November 3, 2020 | JORDAN ETH<br>PHILIP T. BESIROF<br>CHRISTIN J. HILL<br>MORRISON & FOERSTER LLP |

By:    */s/ Jordan Eth*
           JORDAN ETH

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

*Counsel for Defendants Lawrence J. Ellison, Safra A. Catz, Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R. Chizen, George H. Conrades, Rona A. Fairhead, Renee J. James, Charles (Wick) Moorman IV, Leon E. Panetta, William G. Parrett, Naomi O. Seligman, and Vishal Sikka*

Dated:     November 3, 2020

KAREN JOHNSON-MCKEWAN
WARRINGTON PARKER III
KENNETH HERZINGER
ALEXANDER K. TALARIDES
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ Alexander K. Talarides*
           Alexander K. Talarides

450 Howard St.
San Francisco, CA 94105
Telephone: (415) 773-5700

*Counsel for Nominal Defendants Oracle Corporation, Oracle America, Inc.*

| | | |
|---|---|---|
| Dated: | November 3, 2020 | BRETT M. MIDDLETON<br>FRANK J. JOHNSON<br>JOHN J. O'BRIEN<br>JOHNSON FISTEL, LLP |

By:  /s/ *Frank J. Johnson*
      Frank J. Johnson

655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Counsel for Plaintiff Alison Sherman*

### ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: November 3, 2020    By:  /s/ *Jordan Eth*
                                        JORDAN ETH

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

DATED: _____, 2020   _____
                                      HON. JACQUELINE SCOTT CORLEY
                                      UNITED STATES MAGISTRATE JUDGE